[No. 31215-8-II.  Division Two.  July 19, 2005.]

DANIEL PEARSON ET AL., *Respondents*, v. ADAIR HOMES, INC.,
*Appellant.*

Appeal from a judgment of the Superior Court for
Thurston County, No. 03-2-00875-1, Daniel J. Berschauer,
J., entered December 22, 2003. *Affirmed* by unpublished
opinion per Houghton, J., concurred in by Bridgewater and
Armstrong, JJ.

[No. 31219-1-II.  Division Two.  July 19, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT CLARENCE
OBERG, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 03-1-00891-7, Rosanne Buckner, J., entered
December 12, 2003. *Affirmed* by unpublished opinion per
Quinn-Brintnall, C.J., concurred in by Morgan and Van
Deren, JJ.

[No. 23217-4-III.  Division Three.  July 19, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JERRY S. OLINGER,
*Appellant.*

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 03-1-01129-1, Paul A. Bastine, J., entered
June 28, 2004. *Affirmed* by unpublished opinion per
Sweeney, J., concurred in by Kato, C.J., and Schultheis, J.
Now published at 130 Wn. App. 22.

[No. 30596-8-II.  Division Two.  July 20, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS L.
McCULLEY, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 99-1-02911-1, Marywave Van Deren, J., en-
tered July 9, 2003. *Affirmed* by unpublished opinion per
Hunt, J., concurred in by Morgan, A.C.J., and Armstrong, J.